IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROCHELLE LONG**, <br><br> *Plaintiff,* <br><br> v. <br><br> **PROGRESSIVE ADVANCED INSURANCE COMPANY,** <br><br> *Defendant.* | **Case No. 2:24-cv-01735-JDW** |

### ORDER

**AND NOW**, this 11th day of December, 2024, upon consideration of Plaintiff Rochelle Long's Third Motion To Compel Discovery (ECF No. 17), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. On or before December 16, 2024, Progressive Advanced Insurance Company shall produce to Ms. Long unredacted versions of the claims notes for December 4, 2023 that appear at pp. 22 and 23 of its claim notes (Bates number Long_000108 and Long_000109).

It is **FURTHER ORDERED** that the parties shall complete all discovery on or before January 10, 2025, and any motions for summary judgment must be filed on or before February 14, 2025.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**