IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROCHELLE LONG,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PROGRESSIVE ADVANCED INSURANCE COMPANY,**<br><br>*Defendant.* | **Case No. 2:24-cv-01735-JDW** |

### ORDER

**AND NOW**, this 4th day of June, 2025, upon consideration of the Defendant's Motion For Partial Summary Judgment (ECF No. 31), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.